IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIM. NO. 23-00169-TFM |
| | * |
| JOHN FITZGERALD McCARROLL, JR., et al. | * |

## UNITED STATES' MOTION TO REDACT TRIAL AND SENTENCING TRANSCRIPTS

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully asks the Court to allow redaction of victim names in the transcripts of the trial and sentencing proceedings in the above-captioned matter. As grounds for this motion, the United States avers as follows:

The trial proceeded over three weeks between October 7, 2024, and October 25, 2024. Doc. 486 (courtroom proceeding sheet). On August 7, 2025, the court reporter docketed a notice of the filing of certain transcripts of a motion hearing and jury selection regarding the trial in the above captioned matter. *See* Doc. 699 (September 30, 2024, motion hearing and jury selection). The United States has obtained that transcript. During the motion hearing and jury selection portion of the trial, the names of several victims were stated on the record. Pursuant to Federal Rule of Criminal Procedure 49.1(a) and the Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(8), the full names of those victims should be redacted from the public record, leaving only the victims' first and last initials.

1

Pursuant to the Court's transcript redaction policy, which requires "a written motion to the court delineating the precise redactions sought and the grounds for the request," the United States specifies the requested redactions in Attachment A to this motion.

Accordingly, the United States requests that this Court allow the redactions of victim names in the above-referenced transcript of the motion hearing and jury selection in the above-captioned case. Consistent with the Court's transcript redaction policy, the United States will submit additional motions to redact victim names if any additional transcripts are docketed.

Respectfully submitted on September 2, 2025.

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY

        By:

        */s/ Justin D. Roller*
        Justin D. Roller
        S. Gaillard Ladd
        Assistant United States Attorneys
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama  36602
        (251) 441-5845
        justin.roller@usdoj.gov
        gaillard.ladd@usdoj.gov